503

BRINKMANN INSTRUMENTS INC., Claimant, *vs.* STATE OF
ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 11, 1975.*

BRINKMANN INSTRUMENTS INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

BRINKMANN INSTRUMENTS INC., Claimant, *vs.* STATE OF
ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 11, 1975.*

BRINKMANN INSTRUMENTS INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

IRWIN S. THORNTON, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed April 11, 1975.*